No. 567. PARAMOUNT PICTURES, INC., ET AL. v. LANGER, GOVERNOR, ET AL.; and

No. 568. SAME v. STRUTZ, ATTORNEY GENERAL, ET AL.

March 27, 1939. *Per Curiam:* The motion to reverse is granted. The judgment of the specially constituted District Court is reversed, without costs to either party in this Court, and the cause is remanded to the specially constituted District Court with directions to dismiss the proceeding on the ground that the cause has become moot, without prejudice to an application by either party to the specially constituted District Court for an award of costs in that court. *United States* v. *Hamburg-American Co.,* 239 U. S. 466, 477–478; *Heitmuller* v. *Stokes,* 256 U. S. 359, 362–363; *Brownlow* v. *Schwartz,* 261 U. S. 216, 218. *Mr. Thomas D. Thacher* for appellants. *Mr. Abram F. Myers* for appellees. Reported below: 23 F. Supp. 890.

No. 586. GRIFFIN v. APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, ET AL.

March 27, 1939. *Per Curiam:* Since it appears that at the time the appeal was allowed the judgment of the court below was not final, *Chicago G. W. R. Co.* v. *Basham,* 249 U. S. 164, 166–167; *Citizens Bank* v. *Opperman,* 249 U. S. 448, 450; *Ohio Public Service Co.* v. *Fritz,* 274 U. S. 12, 13, the motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. *Mr. Reynolds Robertson* for appellant. *William H. Griffin, pro se. Mr. Einar Chrystie* for appellees.

No. —. HARRIS v. NATIONAL MEDIATION BOARD. March 27, 1939. Application denied.